**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF OREGON
740 UNITED STATES COURTHOUSE
1000 S.W. THIRD AVENUE • PORTLAND, OREGON 97204-2902

**OFFICIAL BUSINESS**

RECVD 1 JUL '24 10:26 USDC-ORP

PORTLAND OR 972
31 MAY 2024 PM 5 L

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 97204
02 7H
0006179401    $ 000.64⁰
              MAY 30 2024

Michael T. Kleiber
650 Northwest Irving Street
Portland, OR 9720

NIXIE          971    FE 1700      0006/28/24

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 97204293099      *2304-00007-31-42

97209-127250
97204>2930

# U.S. District Court

## District of Oregon

## Notice of Electronic Filing

The following transaction was entered on 5/29/2024 at 8:52 AM PDT and filed on 5/29/2024
**Case Name:** Kleiber v. Virani
**Case Number:** 3:24-cv-00412-HZ
**Filer:**
**Document Number:** 7(No document attached)

**Docket Text:**
**ORDER TO SHOW CAUSE:** Local Rule 83-10 provides that "[e]very attorney admitted to general or special practice, and every unrepresented party, has a continuing responsibility to notify the Clerk's Office whenever his or her mailing address... changes." Under Local Rule 83-12, when mail sent to the last known address of an unrepresented party is returned by the postal service as undeliverable "because the attorney or party has failed to notify the Clerk of a changed address, and the failure to notify the Clerk of the changed address continues for 60 days, then the Court may... dismiss the action." On May 24, 2024, mail sent to Plaintiff's last known address was returned as undeliverable. To date, Plaintiff has not provided an updated address to the Court. Accordingly, the Court ORDERS Plaintiff to file a notice of change of address on or before July 29, 2024, or show cause why this action should not be dismissed for failure to prosecute. Plaintiff is advised that failure to file a change of address or show cause will result in dismissal of this proceeding without prejudice and without further notice. Ordered by Judge Marco A. Hernandez. *(Deposited in outgoing mail to pro se party on 5/29/2024.)* (jp)