**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF OREGON
740 UNITED STATES COURTHOUSE
1000 S.W. THIRD AVENUE • PORTLAND, OREGON 97204-2902

**OFFICIAL BUSINESS**

PORTLAND OR PDC 972

1 AUG 2024 PM 4 L

US POSTAGE |IMI| PITNEY BOWES

ZIP 97204
02 7H
0006179401

$ 000.69⁰
AUG 01 2024

Michael T. Kleiber
650 Northwest Irving Street
Portland, OR 97209

AUG 03 2024

NIXIE        971    FE 1700        0009/06/24
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 97204293099        *1579-03562-06-18

# U.S. District Court

## District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 7/31/2024 at 2:04 PM PDT and filed on 7/31/2024
**Case Name:** Kleiber v. Virani
**Case Number:** 3:24-cv-00412-HZ
**Filer:**
**WARNING: CASE CLOSED on 07/31/2024**
**Document Number:** 9(No document attached)

**Docket Text:**
ORDER: On May 29, 2024, the Court ordered Plaintiff to file a notice of change of address on or before July 29, 2024, or show cause why this action should not be dismissed for failure to prosecute. The Court advised Plaintiff that failure to provide a notice of change of address or show cause would result in dismissal of this case without prejudice and without further notice. To date, Plaintiff has not provided a notice of change of address or shown cause why this action should not be dismissed. The Court therefore DISMISSES this case without prejudice. Ordered by Judge Marco A. Hernandez. *(Deposited in outgoing mail to pro se party on 7/31/2024.)* (jp)